US MARSHALS SERVICE N/TX
FORT WORTH. TEXAS

2017 JUL 18 AM 9: 58

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MICHELLE NICOLE DUNEGAN (01)

No. 4:17-MJ-581

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 7 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## WARRANT FOR ARREST

**TO:**       **The United States Marshal and**
**Any Authorized Officer of the United States**

YOU ARE HEREBY COMMANDED to arrest **MICHELLE NICOLE DUNEGAN**, and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of **21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B))**.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the _18th_ day of July 2017.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07-18-17 | | |
| DATE OF ARREST 07-27-17 | Brian Finny S/A | |